UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    ECF CASE

MICHAEL C BUTLER

14 CV 1372 (MKB)(VMS)

v.

NAVADA'S BAR AND LOUNGE, LLC d/b/a
MO'S FORT GREENE and/or MO's, CALVIN CLARK,
JAMES DANIELS & DAVID RANSOM
------------------------------------------------------------------X

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael Butler, and Defendants, Navada's Bar and Lounge, LLC d/b/a Mo's Fort Greene and/or Mo's, Calvin Clark, James Daniels & David Ransom, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and that any and all claims of, by or in behalf of the parties to this Lawsuit fully and generally are released, settled and dismissed with prejudice.

| | |
|---|---|
| LAW OFFICES OF LAUREN GOLDBERG, PLLC | LAW OFFICES OF DOUGLAS & ASSOCIATES, P.C |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| 65 Broadway, 7th Floor | 4517 Avenue D, Suite 200 |
| New York, New York 10006 | Brooklyn, New York 11203 |
| (646) 452-8380 | (718) 451-4900 |
| By: _____ | By: _____ |
| Lauren Goldberg, Esq. | Gerald P. Douglas |
| Dated: May 26, 2015 | Dated: March 23, 2015 |

So Ordered:

_____
U.S.D.J.